IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JACKIE TANNREUTHER** | * | CASE NO. 1:22-cv-391 |
| Plaintiff, Individually, and on behalf of other members of the general public similarly situated, | * | Judge McFarland |
| v. | * | **FINAL DISMISSAL ENTRY WITH PREJUDICE AS TO ALL CLAIMS** |
| **CG MEDICAL ASSOCIATES, INC.,** etc., et al. | | |
| Defendants | | |

It appearing to the Court that all claims herein pending have been fully compromised and settled, it is, therefore:

**ORDERED, ADJUDGED AND DECREED** that all claims are hereby **DISMISSED WITH PREJUDICE.**

Each party is to bear its own costs.

Matthew W. McFarland, Judge
United States District Court

/s/ Bradley L. Gibson (auth. to L.Hesse 9-12-22)
Bradley L. Gibson (0085196), Trial Attorney
Angela J. Gibson (0080928)
GIBSON LAW, LLC
9200 Montgomery Rd., Suite 11A
Cincinnati, Ohio 45242
(513) 834-8254

/s/ Anne P. Keeton
Anne P. Keeton (0076811)
FREUND, FREEZE & ARNOLD
1 South Main Street, Suite 1800
Dayton, Ohio 45402-2017
(937) 913-0110

Attorneys for Plaintiffs

Attorney for Defendants